IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS SHEFFIELD, #217050, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-cv-537-ECM |
| | ) |
| GOVERNOR KAY IVEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On July 31, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. The Plaintiff does not oppose transfer of this case. (Doc. 4). After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that The Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.

Done this 24th day of August, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE